## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KEVIN R. HAZEN**, | Case No. 3:20-cv-00215-IM |
| Plaintiff, | **ORDER** |
| v. | |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**, | |
| Defendant. | |

**IMMERGUT, District Judge.**

Plaintiff filed a stipulated application for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and 28 U.S.C. § 1920, and supporting materials on December 20, 2021. *See* ECF 23; ECF 24. After considering Plaintiff's stipulated submission and supporting materials, this Court hereby ORDERS that attorney fees in the amount of $6,193.46 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and that costs in the amount of $400.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. Attorney fees and costs will be paid to Plaintiffs' attorneys, dependent upon verification that Plaintiff has no debt

PAGE 1 – ORDER

which qualifies for offset against the awarded fees, pursuant to the Treasury Offset program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorneys and mailed to Plaintiff's attorneys' office as follows: Katherine Eitenmiller, HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, OR 97401. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorneys' office at the address stated above.

**IT IS SO ORDERED.**

DATED this 30th day of December, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER